AUSA Kovner
212-637-2470

10Cr.553(SHS)

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: WARDEN
Rikers Island
Robert N. Davoren Center
11-11 Hazen Street
East Elmhurst, NY  11370

And

UNITED STATES MARSHAL FOR THE
SOUTHERN DISTRICT OF NEW YORK

Or

ANY AUTHORIZED FEDERAL LAW ENFORCEMENT
OFFICER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/10

GREETINGS:

YOU ARE HEREBY COMMANDED to have the body of MONDHER BEJAOUI (NYSID # 09484585M), now detained at Rikers Island, Robert N. Davoren Center, 11-11 Hazen Street, East Elmhurst, New York 11370, released into the custody of the United States Marshals Service for the Southern District of New York, or any other authorized law enforcement officer, so that MONDHER BEJAOUI may be transported under safe and secure conduct to custody of the Warden of the Metropolitan Correctional Center or the person there in charge, to be available for prosecution, as soon as the defendant is available, in connection with his alleged commission of the crime of mail fraud in violation of Title 18, United States Code, Sections 1341 and 2(a), in United States v. Mondher Bejaoui, 10 Cr. 553 (SHS), and to appear as necessary thereafter

until immediately after MONDHER BEJAOUI shall have been discharged or convicted and sentenced, at which time you shall return MONDHER BEJAOUI to Rikers Island, Robert N. Davoren Center, 11-11 Hazen Street, East Elmhurst, New York 11370, and have you then and there this writ.

      WITNESS the Honorable Sidney H. Stein, United States District Judge for the Southern District of New York, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, this 24 day of June 2010.

_____
Clerk, United States District Court
Southern District of New York

The within writ is hereby allowed. 6/24/10

_____
Hon. Sidney H. Stein
United States District Judge
Southern District of New York