UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  10 Cr. 553 (SHS)

       -against-  :

       ORDER

MONDHER BEJAOUI,  :

       Defendant(s).  :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/10

SIDNEY H. STEIN, U.S. District Judge:

       IT IS HEREBY ORDERED that Steven Kartagener is relieved and Jean Barrett will assume representation of the above defendant pursuant to the Criminal Justice Act.

Dated: New York, New York
       September 20, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.