

# RUHNKE & BARRETT
ATTORNEYS AT LAW

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com) ◊ JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR
NEW YORK, N.Y. 10005
212-608-7949
212-571-3792 (FAX)

REPLY TO MONTCLAIR OFFICE

November 10, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/10

MEMO ENDORSED

By fax (212)805-7924
Hon. Sidney H. Stein, U.S.D.J.
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Mondher Bejaoui*, 10 Cr 553

Dear Judge Stein:

I write, respectfully to request that electronic monitoring be added to Mr. Bejaoui's conditions of release. The individuals who agreed to co-sign have requested this change in order to add another level of security to the bond. Mr. Bejaoui consents to this change in conditions provided that he be permitted to work. I have explained to him that as long as his worked schedule is approved by pretrial services, he will be able to work, go to medical appointments, etc. I have spoken with A.U.S.A. Rachel Kovner who does not object to this change. *Costs of electronic monitoring are waived.*

Thank you for your attention to this request.

Respectfully yours,

Jean D. Barrett

SO ORDERED 11/10/10

SIDNEY H. STEIN
U.S.D.J.

encl

cc: Mondher Bejaoui

C:\Users\front desk\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\H7PD5MSR\Judge Stein 11-9-10.wpd