

**RUHNKE & BARRETT**
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR
NEW YORK, N.Y. 10005
212-608-7949
212-571-3792 (FAX)

DAVID A. RUHNKE (david.ruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

November 24, 2010

By Fax - (212)805-7924
Hon. Sidney H. Stein, U.S.D.J.
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Mondher Bejaoui*, 10 Cr 553

Dear Judge Stein:

I write, respectfully, to request that I be permitted to file Mr. Bejaoui's pretrial motions on Friday, November 26, 2010. I worked diligently in preparing the motions, but due to a medical appointment, was unable to meet with Mr. Bejaoui to go over the draft until yesterday. During a meeting with him for almost two hours last night, Mr. Bejaoui had some relevant suggestions/corrections which I plan to incorporate in the motion, but was unable to do by yesterday's filing. I ask the Court's indulgence in permitting me to file the motions Friday. A.U.S.A. Rachel Kovner has no objection to this request, provided that she is granted an additional three days for filing her response. I do not anticipate the need for additional time to reply.

Thank you for your attention to this request.

Respectfully yours,

Jean D. Barrett

encl

cc by fax:   Rachel Kovner, A.U.S.A.
By mail:    Mondher Bejaoui

C:\CASE FOLDERS\Bejaoui\Judge Stein 11-9-10.wpd

SO ORDERED 11/29/10

SIDNEY H. STEIN
U.S.D.J.