

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 13, 2010

**BY HAND**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

       Re:   <u>United States v. Mondher Bejaoui</u>,
            10 Cr. 553 (SHS)

Dear Judge Stein:

    The Government writes in connection with the motions filed in this case. For the Court's convenience, the Government encloses with this letter a courtesy copy of the Government's response to the defendant's motions.

    In the response, the Government consents to an evidentiary hearing on the defendant's motion to suppress his statements to law enforcement agents. The Government therefore also writes to advise the Court that one of the agents expected to testify at any suppression hearing is beginning a two-week trial on January 10, 2011. Accordingly, the Government requests that the suppression hearing in this matter be scheduled ~~prior to January 10, 2011~~. *[handwritten:] on January 3, 2011 at 9:30 A.M.*

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

SO ORDERED 12/14/10
*/s/ Sidney H. Stein*
                         By:         */s/ Rachel Kovner*
SIDNEY H. STEIN                           Rachel Kovner
U.S.D.J.                                     Assistant United States Attorney
                                         Tel.: (212) 637-2470

Encl.

CC: Jean Barrett, Esq. (By E-Mail)