# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR
NEW YORK, N.Y. 10005
212-608-7949
212-571-3792 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)  ◦  JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)



RECEIVED
DEC 15 2010
JUDGE ____ IN
U.S.D.J.

REPLY TO MONTCLAIR OFFICE

December 15, 2010



DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/10

By Fax - (212)805-7924
Hon. Sidney H. Stein, U.S.D.J.
500 Pearl Street
New York, NY 10007-1312

MEMO ENDORSED

Re: *United States v. Mondher Bejaoui*, 10 Cr 553 (SHS)

Dear Judge Stein:

I write, respectfully, with the Government's consent, to request an extension of time to file my reply brief to and including Monday, December 20, 2010. The Government's answer to the motions was filed last night and I need to review the answer and to go over the briefing with my client. [As noted, Rachel Kovner, A.U.S.A., has no objection to this request.]

Thank you for your attention to this request.

Respectfully yours,

Jean D. Barrett

cc by fax: Rachel Kovner, A.U.S.A.
Mondher Bejaoui

SO ORDERED 12/15/10

SIDNEY H. STEIN
U.S.D.J.

C:\Case files\Bejaoui\Judge Stein 12-15-10.wpd