UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        10 Cr. 553 (SHS)

       -against-                                     :        ORDER

MONDHER BEJAOUI,                         :

                Defendant.           :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       Defendant having made an application for new counsel,

       IT IS HEREBY ORDERED that defendant's application is granted, Jean Barrett is relieved and Joshua Dratel is appointed as counsel for the above defendant pursuant to the Criminal Justice Act.

Dated: New York, New York
       December 23, 2010

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.