UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                            :

UNITED STATES OF AMERICA,        :           10 Cr. 553 (SHS)
                                           :           <u>Electronically Filed</u>

         – *against* –                :

                                           :           NOTICE OF APPEARANCE
MONDHER BEJAOUI                     :           AND REQUEST FOR
                                           :           ELECTRONIC NOTIFICATION
                 Defendant.          :
                                           :
--------------------------------------------------------x

      Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of MONDHER BEJAOUI and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      I am an attorney in good standing in the State of New York, as well as the United States District Courts for the Southern District of New York.

Dated: New York, New York
       January 4, 2011

                                                         Respectfully submitted,

                                                         /s/Joshua L. Dratel
                                                        Joshua L. Dratel
                                                        JOSHUA L. DRATEL, P.C.
                                                        2 Wall Street, 3rd Floor
                                                        New York, New York 10005
                                                        (212) 732-0707
                                                        jdratel@joshuadratel.com

                                                        *Attorney for Defendant Mondher Bejaoui*