

LAW OFFICES OF
# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL

AARON MYSLIWIEC
ALICE L. FONTIER
STUART A. WHITE
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

January 18, 2011

**BY FACSIMILE [(212) 805-7924]**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re:    *United States v. Mondher Bejaoui*,
                           10 Cr. 553 (SHS)

Dear Judge Stein:

   This letter is in regard to the above-entitled case, in which I have been appointed to represent the defendant, Mondher Bejaoui, and relates to the following: (1) any supplemental motion by Mr. Bejaoui; and (2) the suppression hearing regarding Mr. Bejaoui's statements, scheduled for January 24, 2011. I have spoken with Assistant United States Attorney Rachel P. Kovner, who has informed me that the government consents to the application to adjourn the suppression hearing.

   1.    *Mr. Bejaoui's Supplemental Motions*

   After counsel's review of the relevant materials, and discussions with Mr. Bejaoui, Mr. Bejaoui will not be filing any supplemental motions.

   2.    *The Suppression Hearing*

   Mr. Bejaoui does not wish to withdraw his Declaration in support of that motion, and wishes for the motion to proceed. However, based on my most recent visit with Mr. Bejaoui at MCC, it is respectfully requested that the hearing be adjourned. The reasons for the request, which I am making with Mr. Bejaoui's assent, are set forth in my sealed *ex parte* letter also submitted today. Generally, I can state in the public record that the basis for the request is Mr.

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
January 18, 2011
Page 2 of 2

Bejaoui's medical condition.

    Accordingly, it is respectfully requested that next Monday's January 24, 2011, suppression hearing be adjourned.

Respectfully submitted,

Joshua L. Dratel

JLD/rd

cc: Rachel P. Kovner
     Assistant United States Attorney

*[Handwritten note: 1/18/11 — Suppression hearing is adjourned sine die. Trial remains at April 14th.]*

SO ORDERED 1/18/11

SIDNEY H. STEIN
U.S.D.J.