USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 10 Cr. 553 (SHS) |
| -against- | : | <u>UNSEALING ORDER</u> |
| MONDHER BEJAOUI, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the Clerk of Court is directed to unseal document 30 in this action.

Dated: New York, New York
      March 22, 2011

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.