Docket + file

**LAW OFFICES OF**
# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL

AARON MYSLIWIEC
ALICE L. FONTIER
STUART A. WHITE
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/11

March 29, 2011



MAR 29 2011

**BY FACSIMILE [(212) 805-7924]**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Mondher Bejaoui,*
      10 Cr. 553 (SHS)

Dear Judge Stein:

This letter is in regard to Mondher Bejaoui, whom I represent by CJA appointment in the above-entitled matter, and concerns Dr. Richard Krueger's pending psychiatric evaluation of Mr. Bejaoui's physical and mental condition. As of yesterday, March 28, 2011, defense counsel was provided Mr. Bejaoui's complete Bureau of Prisons medical records, and has, in turn, provided these records to Dr. Krueger. It has been determined that a second evaluation of Mr. Bejaoui by Dr. Krueger is appropriate in light of the receipt of these records. This evaluation is scheduled for April 6, 2011, at 9:30 a.m., to provide Dr. Krueger with ample time to review the records prior to the evaluation.

Accordingly, Dr. Krueger will submit a complete psychiatric report to the Court by Friday, April 15th.

Respectfully submitted,

Joshua L. Dratel

JLD/lal
cc:  AUSA Rachel Kovner