

**APR 27 2011**
JUDGE ... STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/11

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
AARON MYSLIWIEC
ALICE L. FONTIER
STUART A. WHITE
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

April 27, 2011

**BY FACSIMILE [(212) 805-7924]**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Mondher Bejaoui,*
      10 Cr. 553 (SHS)

Dear Judge Stein:

This letter is in regard to Mondher Bejaoui, whom I represent by CJA appointment in the above-entitled matter, in regard to my April 26, 2011, letter requesting an adjournment of the status conference currently scheduled in this case for Friday, April 29, 2011, to a date on or after May 11, 2011. Mr. Bejaoui consents to an exclusion of time through the date of the status conference. The government also consents to an exclusion of time.

Accordingly, both Mr. Bejaoui and the government consent to an exclusion of time through the date of the next status conference.

Respectfully submitted,

Joshua L. Dratel

JLD/lal

cc:   AUSA Rachel Kovner

The time is excluded from today to May 12, 2011. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

The conference is adjourned to May 12, 2011, at 4:30 pm

SO ORDERED 4/27/11

SIDNEY H. STEIN
U.S.D.J.