

Maria Bejaoui
307 Kingsborough 3 walk
Apt 5 E
Brooklyn, NY
11233.

April 6, 2011

The Honorable Sidney H Stein
United States District Judge
Southern District Of New York
500 Pearl Street
New York, New York
10007.
Fax: 212 805 7924



## UNITED STATES V. MONDHER BEJAOUI
## 10 CR. 533 (SHS)

**Dear Honorable Judge Stein:**

I am writing to bring Your Honor's attention to matters relevant to my Husband's case.

I have been married to Mondher for over a decade. He has never committed a crime nor been involved in any criminal activity. To the contrary, he has been a responsible husband and superb father to our children.

On May 15, 2008 he was initially arrested, detained and unlawfully accused of harassing his partner's employee.

After more than two years in detention on June 29, 2010 he was transferred to the Metropolitan Correctional Center from where they continue to transport him to the Brooklyn County Supreme Court, before the Hon. Judge Daniel Chun.

There have been several adjournments disingenuously requested by the Prosecutor. Mondher was deprived of his liberty and not afforded a fair trial. This case was finally dismissed on October 12, 2010.

My Husband still continues to be detained first in MCC Manhattan and now in MDC Brooklyn, on what I am informed are new charges.

After bail was set, I was instructed to sign the bond along with two of our very close friends, who after being interviewed by prosecutor Racher Kovner, decided that they

would not sign the bond for fear that my husband would again attempt to contact his partner's employee.

My Husband's attorney Jean Barrett has yet to explain the new charges to me.

Our friends Sade Nasan and Laura Hussein are prepared to vouch for Mondher's trustworthiness and reliability, but are wary of the employee in question, who has made continued untruthful claims against my Husband. Our other friends are loathe to bear the responsibility of signing the bond under these conditions.

Mondher entered the system perfectly healthy, and now suffers with problems requiring eleven narcotic medications; he is wheelchair bound and has developed psychological problems.

Our Son has a mental disorder requiring special schooling and professional help at home. Our daughter continues to cry for her daddy's presence.

This has become a family disaster which I am unable to handle alone anymore in my present condition.

I am writing to request your compassion in releasing my husband on a reduced bond so that he can return home and together we can repair our family's situation.

He is unable to prepare his case while in jail, and must have the freedom to pursue professional assistance with his medical problems.

I look forward to your positive decision and thank you for reading this letter.


**Respectfully Submitted –**

**Maria Bejaoui**

*Maria Bejaoui*

**cc: Rachel Peter Kovner, AUSA**

    **Joshua Dratel, esq.**