

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/11

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 12, 2011

**BY FAX**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

        Re:    <u>United States v. Mondher Bejaoui</u>,
                 10 Cr. 553 (SHS)

Dear Judge Stein:

      The Government submits this letter, with consent of the defendant through his counsel, to request that today's conference be adjourned for approximately six weeks to allow the Government to seek a competency evaluation of the defendant.

      The Government received this week a report from a defense expert concerning the defendant's competency. In light of the conclusions in that report, the Government wishes to have the defendant evaluated by its own expert and will submit a proposed order authorizing that evaluation, which would require 30 days from the date that the Bureau of Prisons receives the order.

      Accordingly, the Government respectfully requests that the conference scheduled for today be adjourned for six weeks for the competency evaluation by a Government expert. The Government requests that time be excluded in the interests of justice between today and the new conference date *June 23, 2011* pursuant to 18 U.S.C. 3161(h)(1)(A) and (h)(7), to allow that evaluation to take place and to ensure that the defendant is fully competent to assist in the preparation of his own defense for any trial.

*The conference is adjourned to June 23, 2011, at 2:30 p.m.*

                      Respectfully submitted,

                      PREET BHARARA
                      United States Attorney

SO ORDERED 5/12/11
SIDNEY H. STEIN
U.S.D.J.

              By:   Rachel Kovner
                     Alexander Wilson
                     Assistant United States Attorneys
                     Tel.: (212) 637-2470

CC: Joshua Dratel & Lindsey Lewis, Esq.