USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :   ORDER FOR
                                    :   PSYCHOLOGICAL EXAMINATION
                                    :
           - v -                    :   10 Cr. 553 (SHS)
                                    :
MONDHER BEJAOUI,                    :
                                    :
                                    :
                    Defendant.      :
                                    :
- - - - - - - - - - - - - - - - - -x

WHEREAS, the above-named defendant, MONDHER BEJAOUI (Reg. No. 63673-054), is presently confined at the Metropolitan Detention Center, 80 29th Street, Brooklyn, New York 11232, under the supervision and control of the United States Marshal and the Warden of the Metropolitan Detention Center; and

WHEREAS, an application having been made by the United States of America, Preet Bharara, United States Attorney for the Southern District of New York, by and through Assistant United States Attorney Alexander J. Wilson, of counsel, with the consent of counsel for the defendant, Joshua L. Dratel, Esq.;

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4241(b), a psychological examination of the defendant be conducted, and that a psychological report be filed with the court, pursuant to the provisions of 18 U.S.C. §§ 4247(b) and (c);

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. § 4247(b), the defendant be committed to the custody of the

Attorney General for the purpose of conducting such evaluation, and that the Attorney General designate the defendant for placement in a suitable Bureau of Prisons facility for a reasonable period not to exceed thirty (30) days. *This evaluation is to be conducted on an expedited basis, consistent with sound medical practice.*

Dated: New York, New York
       May 17, 2011

HON. SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE