**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center, Devens*



P.O. Box 880
Ayer, MA 01432

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/11

June 28, 2011

The Honorable Sidney H. Stein
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

RE:   BEJAOUI, Mondher
      Reg. No.: 63673-054
      Crim. No.: 10 CR 553 (SHS)

Dear Judge Stein:

The above-named defendant has been designated to undergo a forensic evaluation pursuant to your order of May 24, 2011. We had expected to complete the evaluation by July 25, 2011. However, because of the current forensic caseload, we respectfully request a 15-day extension of the evaluation period. If the extension is granted, we will complete the evaluation and notify the U.S. Marshals Service by August 9, 2011. The Court may expect a final copy of the forensic evaluation within three weeks of that notification.

Please feel free to contact Dr. Shawn Channell at (978) 796-1000, extension 1471, should you need more information.

Sincerely,

J. Grondolsky
Warden

SO ORDERED 7/8/11

SIDNEY H. STEIN
U.S.D.J.