U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

[RECEIVED JUL 26 2011 JUDGE H. STEIN U.S.D.J. stamp]

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/26/11]

July 26, 2011

**BY FAX**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:  **United States v. Mondher Bejaoui,**
     **10 Cr. 553 (SHS)**

Dear Judge Stein:

The Government respectfully requests an adjournment of the conference in this matter scheduled for July 28, 2011. On July 11, 2011, the Court granted the Bureau of Prisons' request for an extension of the forensic competency evaluation period for defendant Mondher Bejaoui until August 9, 2011. The Bureau of Prisons evaluation report is expect within three weeks of the completion of the evaluation period.

Accordingly, the Government proposes that the conference be adjourned until the week of September 12, 2011, at a time and date convenient to the Court, to allow the parties sufficient time to review and consider the evaluation report. Defense counsel has consented to this request. If the adjournment is granted, the Government respectfully requests that time be excluded under the Speedy Trial Act to allow the Bureau of Prisons to complete its evaluation report and to allow the parties to review the evaluation report once it is completed.

*[Handwritten: The conference is adjourned to Sept. 12, 2011, at 4:30 pm.]*

The time is excluded from today to September 12, 2011.
The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED 7/26/11

[Signature]
SIDNEY H. STEIN
U.S.D.J.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: [Signature]
Rachel Kovner
Alexander Wilson
Assistant United States Attorneys
Tel.: (212) 637-2453

CC: Joshua Dratel & Lindsey Lewis, Esq.