

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432



AUG - 8 2011

August 5, 2011

The Honorable Sidney H. Stein
Southern District of New York
Daniel Patrick Moynihan U. S. Courthouse
500 Pearl St.
New York, New York 10007-1312

MEMO ENDORSED

RE:   BEJAOUI, Mondher
      Reg. No.: 63673-054
      Crim. No.: 10 CR 553 (SHS)

Dear Judge Stein:

The above-named defendant has been designated to undergo a forensic evaluation pursuant to your order dated May 24, 2011. We had expected to complete the evaluation by August 9, 2011. However, Mr. Bejaoui is a very complicated case with numerous physical and psychological issues. Given the complexity of his case, the current forensic caseload, and a shortage of forensic staff, we respectfully request a further 30-day extension of the evaluation period. If the extension is granted, we will complete the evaluation and notify the U.S. Marshals Service by September 9, 2011. The Court may expect a final copy of the forensic evaluation within three weeks of that notification.

Please feel free to contact Dr. Channell at (978) 796-1000, extension 1471, should you need more information.

Sincerely,

J. Grondolsky
Warden

8/8/11

Extension granted, but the BOP is directed to complete the evaluation and report as expeditiously as possible.

So ordered,

/s/ Sidney H. Stein
U.S.D.J.