AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

United States of America

v.

Mondher Bejaoui

Case Number: 10 CR 553 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

October 7, 2011
Date

*/s/ Alexander J. Wilson*
Signature

Alexander J. Wilson                AW-9899
Print Name                          Bar Number

U.S. Attorney's Office - 1 St. Andrew's Plaza
Address

New York,            New York            10007
City                 State                Zip Code

(212) 637-2453                 (212) 637-0421
Phone Number                    Fax Number