

**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

**MEMO ENDORSED**

February 13, 2012

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/12
```

RE: BEJAOUI, Mondher
    Register Number: 63673-054
    Docket Number:   10 CR 553(SHS)

Dear Judge Stein:

The above-referenced individual was admitted to the Mental Health Unit of this facility on January 26, 2012 pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Bejaoui, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival to our facility. If this request is granted, the evaluation period will end on May 24, 2012. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact our Chief Psychiatrist, Dr. Jean Zula at (919) 575-3900 extension 5475.

Respectfully,

*[signature]*

Sara M. Revell, Complex Warden

SMR/deh

GRANTED/DENIED (Circle One)

Signature: _____  DATE: 2/16/12
         District Judge Sidney H. Stein
         U.S.D.J.

2/16/12 Request for an extension granted until March 16, 2012 pursuant to the Court's telephone conversation of Feb 15 with Dr. Zula and Dr. Cochran.

cc: Rachel Peter Kovner, Assistant United States Attorney
    Joshua Lewis Dratel, Defense Attorney