

APR 1 3 2012

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/12

April 13, 2012

**BY FAX**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Mondher Bejaoui,*
10 Cr. 553 (SHS)

Dear Judge Stein:

The Government writes to request that Monday's conference in the case above be adjourned for approximately one week.

Immediately after the last appearance in this case I contacted the Marshal's Service and asked them to arrange for the defendant to be returned to New York as soon as possible. The Marshal's Service made those arrangements, and has advised me that while the defendant will not be in New York in time for the scheduled conference next week, he will be in New York in time for a conference on any day of the following week.

Accordingly, the Government requests that Monday's conference be adjourned for approximately one week. The adjournment is expected to ensure that the defendant can be present at the next court appearance and can consult with his lawyer, in person, before that appearance regarding the recent competency report and possible resolutions of this case. Because ensuring the defendant the opportunity for such a consultation in advance of further proceedings serves the interests of justice, the Government requests that time until the new appearance date be excluded under the Speedy Trial Act.

Through his counsel, Joshua Dratel, the defendant has consented to this request.

*The conference is adjourned to Thursday, April 26, 2012, at 4:30 p.m.*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/
Rachel Kovner
Alexander Wilson
Assistant United States Attorneys
Tel.: (212) 637-2470

SO ORDERED 4/13/12
SIDNEY H. STEIN
U.S.D.J.

The time is excluded from today to April 26, 2012. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

CC: Joshua Dratel, Esq.

TOTAL P.002