```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,          :        10 Cr. 553 (SHS)

      -against-                                  :

MONDHER BEJAOUI,                   :        ORDER

                Defendant.           :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court having been notified that Joshua L. Dratel, counsel for defendant, is unavailable on July 12, 2012,

      IT IS HEREBY ORDERED that the competency hearing is adjourned to July 19, 2012, at 10:00 a.m.

Dated: New York, New York
       May 31, 2012

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.