```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,              :      10 Cr. 553 (SHS)

        -against-                      :      ORDER

MONDHER BEJAOUI,                       :

                Defendant.             :

------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S. District Judge.

At the request of the parties,

IT IS HEREBY ORDERED that the competency hearing scheduled for July 19, 2012, is adjourned to August 13, 2012, at 10:00 a.m. There will be no further adjournments of this hearing.

Dated: New York, New York
       July 17, 2012

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/12