

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/12
```

LAW OFFICES OF
**DRATEL & MYSLIWIEC**
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL
AARON MYSLIWIEC

ALICE L. FONTIER
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

**MEMO ENDORSED**

October 19, 2012

**BY FACSIMILE [(212) 805-7924]**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Mondher Bejaoui,*
    10 Cr. 553 (SHS)

Dear Judge Stein:

This letter is submitted in regard to October 30, 2012, suppression hearing in the above-entitled case, in which I have been appointed to represent the defendant, Mondher Bejaoui. Mr. Bejaoui hereby withdraws his pre-trial motion to suppress his statements and his declaration in support of that motion. Accordingly, the scheduled suppression hearing can be cancelled.

Respectfully submitted,

Joshua L. Dratel

JLD/lal

cc: Rachel Kovner
Assistant United States Attorney (by facsimile)

*The Clerk's Office is directed to terminate motion # 16.*

SO ORDERED 10/19/12

SIDNEY H. STEIN
U.S.D.J.