```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        10 Cr. 553 (SHS)

      -against-                                              :        <u>ORDER</u>

MONDHER BEJAOUI,                              :

                 Defendant.            :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court today received a five page handwritten letter from defendant which, arguably, contains information that is protected under the attorney-client privilege. Therefore, the Court is disclosing the letter to defendant's attorney only, not the prosecutor.

Dated: New York, New York
        October 23, 2012

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.