fourth of November 2012

Monther Bejaoui
Prisoner number 63673-054
prison Brooklyn M-D-C
PO Box 32 9002
Brooklyn, New York 11232

to judge stein          Case number 10 CR 553
500 pearl street
New York - New York 10007

Emergency application

1 - i want to go home

2 - because they are going to kill me

page number one

fourth of november 2012

Mondher Bejaoui
prisoner number 63673.054

Judge Stein
case number 10 CR 553 (SHS)

Dear Sir. Judge:

my name Mondher Bejaoui prisoner number 63 673.054 i want to go home i am not feeling well my health is deteriorating I've been transfered from entrepreneurial revived soul to someone wishes death every minute of the day - hair falling skin rashes vomiting hospitalized with grave ailment

page number two

fourth of november 2012

BEJAOUI, ZZ MONDHER
MR# 8338739 VIS# 2897975
DH:          COMM INDEM
DOB/AGE: 09/01/1973  39 M
ADM/DTE: 10/25/12 90

10/25/12 the prison m-d-c Brooklyn take me in ambulance to this hospital doctor said its down town new York hospital i don't know what happen i stay over there then doctor lady she tells me " i'am sending you to another hospital because we're going to evacuate this hospital because of a strong storm is coming "

→ another ambulance take me to this hospital on 10/28/12

page number three

fourth of november 2012

a doctor Michael i dont if Michael is his first or last name but i remember michael he tells me that now i'm in bellevue hospital in New York and he is going to treat me. one day more no food, no water no electricity nurses doing what they can to get me non perishable item, IV, medecine and injections. two days more doctor lady she tells me we are evacuating this hospital bellevue hospital because no electricity no machine work for tests she said "i'm going to send you to another hospital". many many hours later many U.S Air force soldiers enter my treating room and rescued me by taking me down stairs.

page number four

fourth of november 2012

i was suffering throughout the way i hear "we are in tenth floor captain it's a long ride" i'm in the stretcher a soldier hold my head he said "we will get you down there safe" many many dark stair cases ..then one female U.S Air force touches my cuffed amputed hand she said "get well i hope you ·ll feel better" and leave me in the ambulance

prison m-d-c brooklyn did not take me to another hospital they took me to prison i ask what day is this they said thursday its thursday november 01, 2012 lady nurse give me medicine and injictions i feel many pain i said it hurts too much she says thats why we given you acetaminophen/codeine to relieve your pain

page number five

fourth of november 2012

i stay in hospital more than one week they never give me this injection it's yellow it hurts and the medicine is different why they injecting me with Ceftriaxone and Azithromycin they want to kill me the way Pfizer killed the nigerian minors i don't suffer from meningitis or cholera why i receive cephalosporin why? because they conspire against me to damage my ~~tatar~~ liver and my brain first Kawsar Mansy and her family terrorized me then branded me a harasser now they say i am a child predator or fraudster which ever lies they ~~inno~~ innovate, they want to cause me a permanent paralysis and blindness my wife she said ~~said~~ she found papers that says government lawyer offered me 12-month in prison now Mr. Brown tell me more i forget how much what kind of hideous crime did i commit to keep me in prison five years.

page number six

fourth of november 2012

they are putting poison in my food that's why i pleed every time i use the bathroom they give me paper it says i am approved to go see a Gastroenterlogist to insert a camera and treat my colon or rectum it has been may be one month since they give me the paper But they never take me. i don't want to die here please Sir Judge release me to my wife i don't want to be a liability i will find a job pay for my treatment and i will honor your court appearances please release me before they kill me allow me to reunite with my daughter I don't know is it the system or rather i should say customized individual ~~another person~~ that composes the system conspire ~~another person~~ with the Muslim

page number seven

fourth of november 2012

brotherhood, sabeeha madni and kawsar mansy to imprison me all this long years to call my character into question. They're a herd of liars.

My wife she say the judge grant you a bail but the conditions are high for us to meet please honor judge lessen my conditions and release me from here they're going to kill me.

submit with respect

x mondher Bejaoui

MONDHER BEJAOUI

page number eight

**GENERIC NAME:** CEFTRIAXONE (sef-try-AX-one)

**COMMON USES:** This medicine is a cephalosporin antibiotic used to treat bacterial infections. This medicine will not treat infections caused by viruses.

**BEFORE USING THIS MEDICINE:** Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT USE THIS MEDICINE if the patient is a newborn and is receiving or is expected to receive an intravenous (IV) medicine that contains calcium. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking calcium-containing IV medicines (eg, parenteral nutrition, Ringer's solution), aminoglycosides (eg, gentamicin), anticoagulants (eg, warfarin), cyclosporine, heparin, or certain live vaccines (BCG, oral typhoid). DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, including diarrhea; stomach or bowel problems (eg, colitis, inflammation, infection); a blood clotting problem; gallbladder disease; low vitamin K levels; poor nutrition; a history of liver or kidney problems; allergies; pregnancy; or breast-feeding. Tell your doctor if you have had a severe allergic reaction (eg, severe rash, hives, difficulty breathing, dizziness) to a penicillin antibiotic (eg, amoxicillin) or other beta-lactam antibiotic (eg, imipenem), or if you are using a medicine or supplement that contains calcium. USE OF THIS MEDICINE IS NOT RECOMMENDED if the patient is a newborn (younger than 29 days old) with high blood bilirubin (hyperbilirubinemia) or jaundice. Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

**HOW TO USE THIS MEDICINE:** Follow the directions for taking this medicine provided by your doctor. This medicine is usually administered as an injection at your doctor's office, hospital, or clinic. This medicine is sometimes used at home as an injection. IF YOU ARE USING THIS MEDICINE AT HOME, a healthcare professional will provide detailed instructions for its appropriate use. Ask them any questions that you may have about your medicine or giving injections. This medicine is light yellow to amber in color. DO NOT USE THIS MEDICINE if it contains particles, is cloudy or discolored, or if the vial or container is cracked or damaged in any way. This medicine is usually handled and stored by a health care provider. If you are using this medicine at home, STORE THIS MEDICINE as directed by your pharmacist or health care provider. KEEP THIS MEDICINE, as well as syringes and needles, out of the reach of children and pets. TO CLEAR UP YOUR INFECTION COMPLETELY, continue taking this medicine for the full course of treatment, even if you feel better in a few days. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:** DO NOT USE THIS MEDICINE if you have had an allergic reaction to it, to any ingredient in this product, or to any other cephalosporin antibiotic (eg, cephalexin, cefprozil). A severe reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine or if a certain medicine is a cephalosporin, contact your doctor or pharmacist. IF YOU EXPERIENCE difficulty breathing; tightness of chest; swelling of eyelids, face, or lips; or if you develop a rash or hives, tell your doctor immediately. Do not take any more of this medicine unless your doctor tells you to do so. THIS MEDICINE MAY AFFECT CERTAIN LAB TEST RESULTS. Make sure laboratory personnel and your doctors know you use this medicine. IF MODERATE TO SEVERE DIARRHEA OCCURS during or after treatment with this medicine, check with your doctor or pharmacist. Mild diarrhea is common with antibiotic use. However, a more serious form of diarrhea (pseudomembranous colitis) may rarely occur. This may develop while you use the antibiotic or within several months after you stop using it. Contact your doctor right away if stomach pain or cramps, severe diarrhea, or bloody stools occur. Do not treat diarrhea with non-prescription (over-the-counter) medicines without first checking with your doctor. A SEVERE AND SOMETIMES FATAL TYPE OF ANEMIA (hemolytic anemia) has been reported in patients using cephalosporin antibiotics, including this medicine. Discuss any questions or concerns with your doctor. Contact your doctor right away if you experience unusual tiredness or weakness, unusually pale skin, dizziness, fever or chills, severe back or stomach pain, or yellowing of the eyes or skin. THIS MEDICINE ONLY WORKS AGAINST BACTERIA; it does not treat viral infections (eg, the common cold). BE SURE TO USE THIS MEDICINE for the full course of treatment. If you do not, the medicine may not clear up your infection completely. The bacteria could also become less sensitive to this or other medicines. This could make the infection harder to treat in the future. Long-term or repeated use of this medicine may cause a second infection. Tell your doctor if signs of a second infection occur. Your medicine may need to be changed to treat this. BEFORE YOU BEGIN TAKING ANY NEW MEDICINES, either prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED in breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS that may occur while taking this medicine include mild diarrhea; mild pain, swelling, or redness at the injection site; nausea; or vomiting. If they continue or are bothersome, check with your doctor. CONTACT YOUR DOCTOR IMMEDIATELY if you experience bloody or watery stools; dizziness; fever or chills; seizures; severe diarrhea; severe or persistent stomach or back pain with nausea and vomiting; stomach pain or cramps; unusual tiredness or weakness; unusually pale skin; vaginal irritation or discharge; or yellowing of the skin or eyes. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash; hives; itching; difficulty breathing; tightness in the chest; or swelling of the mouth, face, lips, or tongue. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include muscle spasms and seizures.

**ADDITIONAL INFORMATION:** If your symptoms do not improve or if they become worse, check with your doctor. DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. Do not reuse needles, syringes, or other materials. Dispose of properly after use. Ask your doctor, nurse, or pharmacist to explain local regulations for selecting an appropriate container and properly disposing of the container when it is full. CHECK WITH YOUR PHARMACIST about how to dispose of unused medicine.

Copyright 2012 Wolters Kluwer Health, Inc.
All rights reserved.
Issue Date: October 3, 2012

The information in this monograph is not intended to cover all possible uses, directions, precautions, drug interactions, or adverse effects. This information is generalized and is not intended as specific medical advice. If you have questions about the medicines you are taking or would like more information, check with your doctor, pharmacist, or nurse.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088

**Azithromycin Tab 250 MG**

174360-BRO

**GENERIC NAME:** AZITHROMYCIN (ay-ZITH-roe-MYE-sin)

**COMMON USES:** This medicine is a macrolide antibiotic used to treat infections caused by certain bacteria. It may also be used for other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking amiodarone, cisapride, dofetilide, dronedarone, nilotinib, pimozide, procainamide, propafenone, quinidine, sotalol, or tetrabenazine. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking other prescription or nonprescription medicines (eg, used for allergies, blood thinning, cancer, depression or other mental or mood problems, heartburn, infections, involuntary movements, irregular heartbeat or other heart problems, narcotic addiction, nausea and vomiting, pain, Tourette disorder), multivitamin products, or herbal or dietary supplements (eg, herbal teas, coenzyme Q10, garlic, ginseng, ginkgo, St. John's wort). Tell your doctor if you take any medicine that may increase the risk of a certain type of irregular heartbeat (prolonged QT interval). Check with your doctor or pharmacist if you are unsure if any of your medicines may increase the risk of this type of irregular heartbeat or if they might interact with this medicine. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, including a slow or irregular heartbeat, kidney problems, liver problems, myasthenia gravis, allergies, pregnancy or breastfeeding. Tell your doctor if you have a history of low blood potassium or magnesium levels. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of liver problems or yellowing of the skin or eyes caused by any dose form (eg, tablets, suspension, injection) of this medicine. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a certain type of irregular heartbeat (QT prolongation), low blood potassium or magnesium levels, or a very slow heartbeat. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

**HOW TO USE THIS MEDICINE:** Follow the directions for using this medicine provided by your doctor. This medicine may be taken on an empty stomach or with food. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach. DO NOT TAKE AN ANTACID that has aluminum or magnesium in it within 1 hour before or 2 hours after you take this medicine. STORE THIS MEDICINE between 59 and 86 degrees F (15 and 30 degrees C), away from heat, moisture, and light. KEEP THIS MEDICINE out of the reach of children and away from pets. TO CLEAR UP YOUR INFECTION COMPLETELY, continue taking this medicine for the full course of treatment even if you feel better in a few days. The bacteria could also become less sensitive to this or other medicines if you do not take this medicine for the full course of treatment. Do not miss any doses. Taking this medicine at the same time each day will make it easier to remember. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. If you miss a dose, do not take 2 doses at once.

**CAUTIONS:** DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it, to other macrolide antibiotics (eg, erythromycin), to ketolide antibiotics (eg, telithromycin), or if you are allergic to any ingredient in this product. An allergic reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine, a macrolide, or a ketolide, contact your doctor or pharmacist. IF YOU EXPERIENCE difficulty breathing; tightness of chest; swelling of eyelids, face, or lips; or if you develop a rash or hives, tell your doctor immediately. Do not take any more of this medicine unless your doctor tells you to do so. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. This medicine may cause drowsiness, dizziness, blurred vision, or lightheadedness. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. THIS MEDICINE MAY CAUSE increased sensitivity to the sun. Avoid exposure to the sun, sunlamps, or tanning booths until you know how you react to this medicine. Use a sunscreen or protective clothing if you must be outside for a prolonged period. MILD DIARRHEA IS COMMON with antibiotic use. However, a more serious form of diarrhea (pseudomembranous colitis) may rarely occur. This may develop while you use the antibiotic or within several months after you stop using it. Contact your doctor right away if stomach pain or cramps, severe diarrhea, or bloody or watery stools occur. Do not treat diarrhea without first checking with your doctor. SEVERE AND SOMETIMES FATAL LIVER PROBLEMS have been reported with the use of this medicine. Contact your doctor immediately if you develop symptoms of liver problems (eg, yellowing of the skin or eyes; dark urine; pales stools; severe or persistent nausea, vomiting, or loss of appetite; unusual itching). Discuss any questions or concerns with your doctor. LONG-TERM OR REPEATED USE OF THIS MEDICINE may cause a second infection. Tell your doctor if signs of a second infection occur. Your medicine may need to be changed to treat this. THIS MEDICINE ONLY WORKS against bacteria; it does not treat viral infections (eg, the common cold). BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of this medicine, especially irregular heartbeat. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS that may occur while taking this medicine include diarrhea or loose stools, headache, mild stomach pain, nausea, upset stomach, or vomiting. If they continue or are bothersome, check with your doctor. CONTACT YOUR DOCTOR IMMEDIATELY if you experience bloody or watery stools; changes in hearing or hearing loss; chest pain; difficulty swallowing or speaking; eye or vision problems; irregular heartbeat; mouth sores; muscle weakness; pounding in the chest; red, blistered, peeling, or swollen skin; ringing in the ears; seizures; severe dizziness; severe or persistent diarrhea; stomach cramps/pain; symptoms of liver problems (eg, yellowing of the skin or eyes; dark urine; pale stools; severe or persistent nausea, vomiting, or loss of appetite; unusual itching); or unusual vaginal itching, odor, or discharge. An allergic reaction to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash; hives; itching; difficulty breathing or swallowing; tightness in the chest; swelling of the mouth, face, lips, throat, or tongue; unusual hoarseness; or wheezing. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include nausea, vomiting, stomach upset, and diarrhea.

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. CHECK WITH YOUR PHARMACIST about how to dispose of unused medicine.

Copyright 2012 Wolters Kluwer Health, Inc.
All rights reserved.
Issue Date: October 3, 2012

The information in this monograph is not intended to cover all possible uses, directions, precautions, drug interactions, or adverse effects. This information is generalized and is not intended as specific medical advice. If you have questions about the medicines you are taking or would like more information, check with your doctor, pharmacist, or nurse.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088

**GENERIC NAME:** ACETAMINOPHEN (a-seat-a-MIN-oh-fen) and CODEINE (KOE-deen)

**COMMON USES:** This medicine is a combination of a narcotic and acetaminophen used to relieve mild to moderate pain. Narcotic pain-relievers work by binding to opioid receptors in the brain and spinal cord, and acetaminophen decreases the formation of prostaglandins, therefore reducing pain. This medicine may also be used to treat other conditions (e.g., cough) as determined by your doctor.

**BEFORE USING THIS MEDICINE:** WARNING: THIS MEDICINE CONTAINS ACETAMINOPHEN. Severe and sometimes fatal liver problems, including the need for liver transplant, have been reported with the use of acetaminophen. Most cases of these liver problems occurred in patients taking excessive doses of acetaminophen (more than 4,000 mg per day). Also, patients who developed these liver problems were often using more than 1 medicine that contained acetaminophen. Discuss any questions or concerns with your doctor. Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking naltrexone. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking other medicines for pain, cimetidine, isoniazid, MAO inhibitors (e.g., furazolidone, linezolid, moclobemide, phenelzine, procarbazine, selegiline, isocarboxazid, tranylcypromine), anti-seizure medicines (carbamazepine, phenobarbital, phenytoin), anticholinergic medicines or antihistamines (e.g., hydroxyzine, oxybutynin, scopolamine), or quinidine. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking other medicines which cause drowsiness including medicine for sleep (e.g., sedatives), tranquilizers, anti-anxiety medicines (e.g., diazepam), psychiatric medicines (e.g., phenothiazines such as chlorpromazine, or tricyclics such as amitriptyline), muscle relaxants, or antihistamines that cause drowsiness (e.g., diphenhydramine). DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions including liver or kidney disease, difficulty urinating, alcohol use, drug dependency, heart problems (e.g., slow/irregular heartbeat, very low blood pressure), abdominal/stomach problems (e.g., gallbladder problems), lung disease (e.g., asthma, chronic obstructive pulmonary disease), seizure disorders, serious head injury or brain disease, spinal problems, low thyroid disease, adrenal gland problems, psychiatric problems, any allergies (especially to sulfites), pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of severe breathing problems, or severe diarrhea. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

**HOW TO USE THIS MEDICINE:** Follow the directions for using this medicine provided by your doctor. Take this medicine by mouth. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach, although doing so may decrease its effectiveness. Consult your doctor or pharmacist about alternatives for decreasing nausea (such as antihistamines, or lying down for 1-2 hours with minimal head movement). STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat, and light. IF YOU MISS A DOSE OF THIS MEDICINE and you are taking it regularly, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:** DO NOT TAKE THIS MEDICINE IF YOU HAVE HAD A SEVERE ALLERGIC REACTION to codeine, hydrocodone, dihydrocodeine, or oxycodone (such as Tylox, Tylenol with Codeine, Vicodin). A severe allergic reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine or if a certain medicine contains codeine, hydrocodone, dihydrocodeine, or oxycodone, contact your doctor or pharmacist. Monitor your pain as directed by your doctor. If pain is left untreated and becomes intense, this medicine may not work as well to relieve it. DO NOT EXCEED THE RECOMMENDED DOSE, take this medicine more often, or for longer than prescribed without checking with your doctor. Exceeding the recommended dose or taking this medicine for longer than prescribed may be habit-forming. If using this medicine for an extended period of time, DO NOT SUDDENLY STOP taking this medicine without your doctor's approval. When using for an extended period, this medicine may not work as well and may require different dosing. Talk with your doctor if this medicine stops working well. THIS MEDICINE MAY CAUSE drowsiness or dizziness. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. AVOID ALCOHOLIC BEVERAGES while taking this medicine. To minimize dizziness or lightheadedness, get up slowly when rising from a seated or lying position. This medicine may cause constipation. To prevent constipation, maintain a diet adequate in fiber, drink plenty of water, and exercise. If you become constipated while using this medicine talk with your doctor or pharmacist. THIS MEDICINE CONTAINS ACETAMINOPHEN. Taking too much acetaminophen can cause serious and sometimes fatal liver problems. Do not take more of this medicine than prescribed. Do not take other medicines that contain acetaminophen (eg, for pain or fever) without checking with your doctor or pharmacist. Ask your pharmacist if you have questions about this information or about which medicines contain acetaminophen. If you consume 3 or more alcoholic drinks every day, ask your doctor whether you should take this medicine or other pain relievers/fever reducers. Alcohol use combined with this medicine may increase your risk for liver damage. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. This includes other pain relievers, cough-and-cold medicines, or allergy medicines. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of the medicine, especially the possible decreased breathing and drowsiness effects. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor to discuss the risks to your baby.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS, that may go away during treatment, include nausea, vomiting, constipation, lightheadedness, dizziness, drowsiness, flushing, vision changes, or mental/mood changes. If they continue or are bothersome, check with your doctor. CONTACT YOUR DOCTOR IMMEDIATELY if you experience slow/irregular breathing, slow/irregular heartbeat, or a change in the amount of urine. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, severe dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include extreme drowsiness, weakness, or fatigue; loss of consciousness; slow, shallow, or abnormal breathing; persistent nausea, vomiting, or stomach pain; slow heartbeat; cold or clammy skin; unusual sweating; and yellowing of the eyes or skin.

**ADDITIONAL INFORMATION:** If your symptoms do not improve or if they become worse, check with your doctor. DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children and pets.

Copyright 2012 Wolters Kluwer Health, Inc.
All rights reserved.
Issue Date: October 3, 2012

The information in this monograph is not intended to cover all possible uses, directions, precautions, drug interactions, or adverse effects. This information is generalized and is not intended as specific medical advice. If you have questions about the medicines you are taking or would like more information, check with your doctor, pharmacist, or nurse.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088

Docusate Sodium 100 MG Cap

174361-BRO

GENERIC NAME: DOCUSATE (DOK-yoo-sate)

COMMON USES: This medicine is a stool softener used to treat constipation due to hard stools.

BEFORE USING THIS MEDICINE: Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have appendicitis or a history of bowel obstruction. Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

HOW TO USE THIS MEDICINE: Use this medicine exactly as directed on the package, unless instructed differently by your doctor. DRINK SEVERAL GLASSES of water or other liquid each day while you are taking this medicine. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE and you are using it regularly, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS: IF YOUR SYMPTOMS DO NOT IMPROVE WITHIN 1 WEEK, or if they become worse, check with your doctor. Do not use this medicine for more than 1 week unless prescribed by your doctor. USING THIS MEDICINE for a long time may result in loss of normal bowel function. DO NOT TAKE this medicine with other laxatives or stool softeners, unless directed by your doctor. DO NOT USE this medicine if you experience abdominal pain, nausea, vomiting, or rectal bleeding, except under the direction of your doctor. IF YOU NOTICE A SUDDEN CHANGE IN BOWEL HABITS which lasts for 2 weeks or more, check with your doctor. Do not continue using this medicine. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS, that may go away during treatment, include bitter taste, throat irritation or nausea. If they continue or are bothersome, check with your doctor. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately.

ADDITIONAL INFORMATION: DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children.

Copyright 2012 Wolters Kluwer Health, Inc.
All rights reserved.
Issue Date: October 3, 2012

The information in this monograph is not intended to cover all possible uses, directions, precautions, drug interactions, or adverse effects. This information is generalized and is not intended as specific medical advice. If you have questions about the medicines you are taking or would like more information, check with your doctor, pharmacist, or nurse.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088

Date: October 05, 2012

Inmate Name: BEJAOUI, MONDHER

Register Number: 63673-054

Unit: K-81

RE: Utilization Review Committee
Case Review Decision



Dear Patient:
Your Medical case has been reviewed by the members of the Utilization Review Committee (URC). The request for: GASTROENTERLOGY

✓ Your case was reviewed and approved; your procedure/consult will be scheduled accordingly.

Your case was reviewed and will need a close follow up by your primary care provider, at this time your procedure is disapproved, and re-submission of the request will be considered if medically indicated.

At the present time conservative treatment to be continued along with periodic evaluation. You will be re-evaluated and re-submission of the request will be considered if medically indicated.

Your case was reviewed and it is consider an elective procedure that can wait until you are released from federal custody. The request for the procedure is denied. We will continue to monitor and provide treatment as necessary.

The pursue of the requested _____, is medically acceptable, but not always necessary and/or of limited medical value at this time, per BOP Program Statement 6031.01. However, your condition will continue to be monitored and ongoing treatment will be provided as necessary.

Other_____

Robert Beaudouin, Acting Clinical Director
MDC BROOKLYN, N.Y

10/05/12

Copy to inmate
cc: Scan to Medical Record

M. BORRECA, M.D.
MEDICAL OFFICER
MDC BROOKLYN