UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

      v.

MONDHER BEJAOUI,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

:     ECF CASE

:     **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

:     10 Cr. 553 (SHS)

:

TO:   Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York

                              by:   /s/ Kan M. Nawaday
                                        Kan M. Nawaday

                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Southern District of New York
                                        One St. Andrew's Plaza
                                        New York, New York 10007
                                        Tel: (212) 637-2311
                                        Fax: (212) 637-2390
                                        Kan.Nawaday@usdoj.gov