UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                           :

UNITED STATES OF AMERICA,          :

                                                           :         10 Cr. 553 (SHS)

              – *against* –                  :         Electronically Filed

                                                           :         NOTICE OF APPEARANCE AND

MONDHER BEJAOUI,                     :         AND REQUEST FOR

                                                           :         ELECTRONIC NOTIFICATION

                          Defendant.      :

                                                           :
-------------------------------------------------------x

       Please take notice that Lindsay A. Lewis, Esq., hereby appears in this action on behalf of MONDHER BEJAOUI and respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

       I am an attorney in good standing in the State of New York, as well as the United States District Court for the Southern District of New York.

Dated:  January 7, 2013
           New York, New York

                                                      Respectfully submitted,

                                                      /s/Lindsay A. Lewis
                                                     Lindsay A. Lewis
                                                     DRATEL & MYSLIWIEC
                                                     2 Wall Street, 3rd Floor
                                                   New York, New York 10005
                                                   (212) 732-0707
                                                   llewis@dratelmys.com

                                                   *Standby Counsel for*
                                                   *Defendant Mondher Bejaoui*