UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :

UNITED STATES OF AMERICA,              :
                                                       :        10 Cr. 553 (SHS)
                                                         :        <u>Electronically Filed</u>
        – *against* –                       :
                                                         :        NOTICE OF APPEARANCE AND
MONDHER BEJAOUI,                        :        AND REQUEST FOR
                                                         :        ELECTRONIC NOTIFICATION
                    Defendant.                   :
                                                         :
-------------------------------------------------------x

       Please take notice that Aaron Mysliwiec, Esq., hereby appears in this action on behalf of MONDHER BEJAOUI and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

       I am an attorney in good standing in the State of New York, as well as the United States District Court for the Southern District of New York.

Dated:  January 7, 2013
           New York, New York

                                                  Respectfully submitted,

                                                  <u>/s/Aaron Mysliwiec</u>
                                                  Aaron Mysliwiec
                                                  DRATEL & MYSLIWIEC
                                                  2 Wall Street, 3rd Floor
                                                  New York, New York 10005
                                                  (212) 732-0707
                                                  amysliwiec@dratelmys.com

                                                  *Standby Counsel for*
                                                  *Defendant Mondher Bejaoui*