December 24, 2012

United States District Court
Southern District of New York

---x

United States of America
                plaintiff,

 - against -

Mondher Bejaoui
                defendant
---x

Docket + file



JAN 3 2013
PRO SE OFFICE

10 Cr. 553 (SHS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/13

Defendant's written objections to government's proposed examination of prospective jurors.

Mondher Bejaoui
Defendant Pro Se

12/24/2012

I, Mondher Bejaoui, the defendant representing myself, hereby submit a written objections to government's proposed examination to prospective jurors. As demonstrated in defendant's Motion in limine to preclude the prosecution from using the term insurance fraud, the proposed examination will prejudice the jurors against the defendant by imputing a guilt and devaluing the alleged crime to insurance fraud.

Discussion:

The defendant object to the following:

1- The summation of the charges in page two of the government's proposed examination.

2. the nature of the charges (question 4-5-6 and 7) in page three and page four of the government's proposed examination.

page number one

12/24/2012

The prosecution insisted on repeating the term insurance fraud five times in three questions (4-5 and 6) is a deliberate attempt to conceal bias.

The questions and summation of the charges are repetitive, irrelevant and contrary to the alleged crime.

As of question number eleven, the prosecution clearly discriminate against the defendant and his disability. The request to ask the defendant to rise is dehumanizing.

Accordingly, the court should imply defendant's objection and strike the government's proposed examination to prospective jurors entirely.

cc: Preet Bharara
United States Attorney
Southern District of New York

page number two

Respectfully submitted
x Mondher Bejaoui
MONDHER BEJAOUI

Mondher Bejaoui
M-D-C Brooklyn
PoBox 329002
Brooklyn, NY 11232

December 24, 2012

Honorable Judge Stein
500 pearl street
New York, NY 10007

Matter of United States v.
Mondher Bejaoui : 10 cr. 553 (SHS)

Dear Judge Stein:

I, prepared a list of proposed questions that I wish the court to ask the panel during voir dire.

Also, I prepared proposed jury instructions on the substantive offenses charges in the indictment and other proposed jury instructions that I have reason to believe will be necessary.

page number one

12/24/2012

Each proposed jury instruction is consecutively numbered and each instruction is set forth on a separate page. I have included a table of contents. The legal authority and source for the instruction are set forth at the end of each instruction.

Unfortunately, I am unable to duplicate those materials to serve all parties because my fingers are hurting me from the excessive writing and I will not burden the court with the difficulty to read my long and tiresome print. Therefore I, respectfully request that your honor afford me the opportunity to meet with stand-by counsel and ask for assistance to convert my lenghty pages into a word processing version.

page number two

Respectfully Submitted
x Mondher Bejaoui
MONDHER BEJAOUI

Mondher Bejaoui
register number 63673-054
M-D-C Brooklyn
PO Box 329002
Brooklyn, NY 11232



December 24, 2012

Clerk of the Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Mondher Bejaoui
    10 Cr. 553 (SHS)

Dear Clerk:

Enclose, please find defendant's written objections to government's proposed examination to prospective jurors.

Also, enclosed please find defendent's letter to Judge Stein.

Respectfully submitted
x Mondher Bejaoui
Mondher Bejaoui