USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        10 Cr. 553 (SHS)

    -against-                                             :        ORDER

MONDHER BEJAOUI,                             :

               Defendant.             :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    During the Court conference held on January 8, 2013, the government represented that the projected time for the presentation of its case had expanded significantly due to the inability of the parties to stipulate to the admissibility of certain proposed business records. If the parties continue to be unable to stipulate to the admissibility of those documents, the parties are directed to consider utilizing a certification pursuant to Fed. R. Evid. 803(6)(D) and 902(11) in order to assist in a more efficient presentation of evidence. See Fed. R. Evid. 611.

Dated: New York, New York
       January 10, 2013

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.