

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/13

LAW OFFICES OF
**DRATEL & MYSLIWIEC**

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL
AARON MYSLIWIEC

LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*

January 15, 2013

**BY ELECTRONIC MAIL**
**FILED *EX PARTE* & UNDER SEAL**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *United States v. Mondher Bejaoui*,
         10 Cr. 553 (SHS)

Dear Judge Stein:

  This letter is submitted on behalf of *pro se* defendant, Mondher Bejaoui, who I have been appointed to represent as standby counsel, in regard to the trial set to commence in his case tomorrow. At a meeting that took place this afternoon at MDC, Mr. Bejaoui conveyed to Lindsay A. Lewis, Esq., and myself, that he wishes to seek an adjournment of his trial date, due to issues relating to his trial preparation, including that: (1) he received new 3500 material from the government today and anticipates that he may receive additional 3500 material tomorrow, which he has not had time to review; (2) he wishes to request further subpoenas *ad testificandum* from the Court, based on 3500 material Mr. Bejaoui received from the government just three days ago, and needs time to prepare for these witnesses; and (3) the Court has not yet decided the issue of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. In addition, Mr. Bejaoui is uncertain whether he wants to continue to represent himself at trial, at all.

  If Mr. Bejaoui wishes to be represented by counsel at trial it is respectfully requested that the trial date in this matter be adjourned. As the Court is aware, I am in preparation for a trial commencing January 28, 2013, in *United States v. Basaaly Moalin*, 10 Cr. 4246 (JM), and cannot try both cases simultaneously.

                Respectfully submitted,

                Joshua L. Dratel

JLD/lal