UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
::::::::::::
UNITED STATES OF AMERICA,

– against –

MONDHER BEJAOUI,

          Defendant.
------------------------------------------------------------x

10 Cr. 553 (SHS)

NOTICE OF MOTIONS *IN LIMINE* ON BEHALF OF DEFENDANT MONDHER BEJAOUI

(filed electronically)

     PLEASE TAKE NOTICE, that upon the annexed Declaration of Joshua L. Dratel, Esq., and the accompanying Memorandum of Law, the defendant, MONDHER BEJAOUI, will move before the Honorable Sidney H. Stein, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order:

(a)     requiring the government to immediately disclose any exculpatory material in its possession, in particular with regard to the reasons for the October 10, 2010, dismissal of Mr. Bejaoui's New York State harassment case, *People v. Mondher Bejaoui*, Case No. 06397-2007, pursuant to *Brady v. Maryland*, 373 U.S. 83, 87 (1963);

(b)     excluding, pursuant to Rules 401, 402, 403, and 404(b), Fed. R. Evid., any evidence during the government's case-in-chief regarding Mr. Bejaoui's New York State case that resulted in a dismissal;  and

for any such other and further relief as to the Court seems just and proper.

Dated: January 18, 2013
       New York, New York

                                                Respectfully submitted,

                                                /S/ Joshua L. Dratel
                                               Joshua L. Dratel
                                               DRATEL & MYSLIWIEC, P.C.
                                               2 Wall Street, 3rd Floor
                                               New York, New York 10005
                                               (212) 732-0707
                                               jdratel@joshuadratel.com

                                               *Attorney for Defendant Mondher Bejaoui*

To:   THE HON. SIDNEY H. STEIN
        UNITED STATES DISTRICT JUDGE

        UNITED STATES ATTORNEY
        SOUTHERN DISTRICT OF NEW YORK