UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                              :      10 Cr. 553 (SHS)

UNITED STATES OF AMERICA,    :

                                      :      DECLARATION IN SUPPORT
      – against –                  :      OF DEFENDANT MONDHER
                                      :      BEJAOUI'S MOTIONS *IN LIMINE*

MONDHER BEJAOUI,             :      (filed electronically)

         Defendant.        :
--------------------------------------------------------x

       JOSHUA L. DRATEL, pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

       1.  I am a lawyer and I represent defendant Mondher Bejaoui in the above-captioned case. I make this Declaration in support of Mr. Bejaoui's motions *in limine*.

       2.  Filed herewith are a Notice of Motion and a Memorandum of Law in support of these motions.  The bases for the motions are set forth in detail in the accompanying Memorandum of Law.  Also, it is respectfully requested that the facts set forth within that Memo of Law be incorporated by reference in this Declaration.

       I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  28 U.S.C. §1746.  Executed January 18, 2013.

                                                                  /S/ Joshua L. Dratel
                                                            JOSHUA L. DRATEL