12/26/2012

United States District Court
Southern District of New York
--------------------------------------X
United States of America
                    Plaintiff,

        - v -                                    10 cr. 553 (SHS)

Mondher Bejaoui
                    Defendant
--------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Defendant Application to request Court's finding and facts and statement of reasons. And bail hearing of December 19, 2012 transcript.

Mondher Bejaoui

Defendant Pro Se

12/26/2012

Mondher Bejaoui, defendant Pro se, applies to the court that as required by the court of Appeals in the Second circuit the defendant must file the Honorable judge Sidney H stein written finding of facts and statement of reasons in regard to his honor decision in imposing ~~the~~ unattainable conditions for release.

The defendant also request the transcript of December 19. 2012 bail hearing.

Accordingly, ~~th~~ it is respectfully requested to have copy of the ~~statement~~ written statement of reasons and the hearing transcript

Dated 12/26/2012

page number one

Respectfully submitted

a Mondher Bejaoui

Mondher Bejaoui