FORM 1

NOTICE OF APPEAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

\* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
Southern DISTRICT OF New York

United States of America
v.
Mondher Bejaoui
defendant

NOTICE OF APPEAL

10 Cr. 553 (SHS)
Docket No.

Notice is hereby given that __MONDHER BEJAOUI__
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it) Entered by the Honorable by Sidney H Stein in regard to my bail application - the condition of release that were opposed are unattainble

entered in this action on the _19_ day of _December_, 20_12_.

__Mondher Bejaoui__
Signature

__Mondher Bejaoui -63673-054__
Printed Name

__M-D-C Brooklyn PoBox 32.9002__
Address

__Brooklyn - NY 11232__

( )
Telephone No. (with area code)

Date: _12/26/2012_

Mondher Bejaoui
# 63673-054
M-D-C Brooklyn
PO Box 329002
Brooklyn, NY 11232

JAN 2 2012

1000781330

Clerk of the Court
Case no. 10 Cr 553 (SHS)
Southern District of New York
500 Pearl Street
New York, NY 10007