LAW OFFICES OF
**DRATEL & MYSLIWIEC**
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/13

January 18, 2013

**BY FACSIMILE [(212) 805-7924]**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

JAN 20 2013

JUDGE ......... EIN
U.S.DJ.

Re:   *United States v. Mondher Bejaoui,*
      10 Cr. 553 (SHS)

Dear Judge Stein:

This letter is submitted on behalf of Mondher Bejaoui, whom I was recently reappointed to represent in the above-entitled case, in regard to the Defendant's Proposed Examination of Potential Jurors and Proposed Request to Charge, both of which are due today, January 18, 2013. It is respectfully requested that a one-week extension, until next Friday, January 25, 2013, be granted for filing of Mr. Bejaoui's Proposed Examination of Potential Jurors and Proposed Request to Charge. Counsel did, however, file motions *in limine* on Mr. Bejaoui's behalf earlier today. My associate, Lindsay A. Lewis, Esq., spoke with Assistant United States Attorney Kan Nawaday, and he has informed her that the government does not object to this application.

Accordingly, it is respectfully requested that a one-week extension, until next Friday, January 25, 2013, be granted for filing of Mr. Bejaoui's Proposed Examination of Potential Jurors and Proposed Request to Charge. As set forth previously, the government does not object to this application.

Respectfully Submitted,

Joshua L. Dratel

JLD/lal
cc:   Rachel Kovner and Kan Nawaday, Assistant United States Attorneys

SO ORDERED 1/22/13

SIDNEY H. STEIN
U.S.D.J.