LAW OFFICES OF
**DRATEL & MYSLIWIEC**
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
LINDSAY A. LEWIS



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/13

January 24, 2013

**BY FACSIMILE [(212) 805-7924]**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:   *United States v. Mondher Bejaoui,*
      10 Cr. 553 (SHS)

Dear Judge Stein:

This letter is submitted on behalf of Mondher Bejoui, whom I represent in the above-entitled case, in regard to the Defendant's Proposed Request to Charge, currently due this Friday, January 25, 2013. It is respectfully requested that an additional two-week extension, until Friday, February 8, 2013, be granted for filing of Mr. Bejaoui's Proposed Request to Charge. I am seeking this extension both because my preparation for trial commencing next Monday, January 28, 2013, in *United States v. Basaaly Moalin*, 10 Cr. 4246 (JM), has monopolized my time and office resources, and also because I just today located my notes on the Government's Request to Charge, which had been missing and are critical to my preparation of Mr. Bejaoui's proposed jury instructions. My associate, Lindsay A. Lewis, Esq., was informed by Assistant United States Attorney Rachel Kovner that the government does not object to this application.

Accordingly, it is respectfully requested that a two-week extension, until Friday, February 8, 2013, be granted for filing of Mr. Bejaoui's Proposed Request to Charge. As set forth previously, the government does not object to this application.

Respectfully Submitted,

Joshua L. Dratel

JLD/lal
cc:   Rachel Kovner and Kan Nawaday, Assistant United States Attorneys

So ordered
1/24/13