USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 10 Cr. 553 (SHS) |
| -against- | : | ORDER |
| MONDHER BEJAOUI, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that due to a scheduling conflict, the trial of this action is adjourned from April 1, 2013, to April 8, 2013, at 2:00 p.m. It is the Court's intention that a jury be selected on April 8, and opening statements delivered. Witness testimony will begin on April 9, 2013, at 9:30 a.m. The trial will continue each day thereafter until completed.

Dated: New York, New York
       March 8, 2013

SO ORDERED:

Sidney H. Stein, U.S.D.J.