```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        10 Cr. 553 (SHS)

        -against-                                      :        <u>ORDER</u>

MONDHER BEJAOUI,                              :

              Defendant.              :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that defendant's "Application to stay trial pending resolution of appeal" [document no. 107] of this Court's order granting bail is denied. The application does not present any valid reason to stay the April 8 trial. In addition, defendant is represented by counsel and all motions must be made by his counsel, Joshua Dratel, and not by plaintiff himself.

Dated: New York, New York
       March 21, 2013

                                                    SO ORDERED:

                                                    Sidney H. Stein, U.S.D.J.