UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

      – against –

MONDHER BEJAOUI,

           Defendant.

-----------------------------------------------------------X

10 Cr. 553 (SHS)

RECEIVED APR - 1 2013 JUDGE STEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 2, 2013

It is hereby ORDERED that Mondher Bejaoui (Register No. 63673-054) is permitted to receive at the Metropolitan Detention Center, and to wear to Court for the duration of his trial, commencing April 8, 2013, the following items:

- one pair of dress shoes
- one suit jacket
- one pair of dress pants
- one dress shirt
- one pair of dress socks
- one tie

SIGNED THIS 2nd DAY OF APRIL 2013.

_____
SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE