USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA
                                  :   10 Cr. 553 (SHS)
      -v.-
                                  :
MONDHER BEJAOUI,
                                  :
                Defendant.
                                  :
- - - - - - - - - - - - - - - - - - - - x

        The United States Marshals Service (the "Marshals Service") and the Bureau of Prisons ("BOP") are requested to produce the defendant in the above-captioned proceeding in Courtroom 23A, 500 Pearl Street, New York, New York, on April 8, 2013, at 2:00 p.m. for a trial and to continue such production for each subsequent trial day in this case, unless ordered otherwise. In the event that the defendant refuses to leave the facility where he is held, or refuses to comply with any rules or procedures of the Marshals Service or the BOP regarding his transportation to court, the Marshals Service and the BOP may use only such force as is reasonably necessary to bring the defendant to Court for the defendant's scheduled appearance. SHS

SO ORDERED

_____
SIDNEY H. STEIN
United States District Judge

Dated:   New York, New York
         April 8, 2013