

# NEW YORK STATE
## DEPARTMENT of
## FINANCIAL SERVICES

Andrew M. Cuomo
Governor

Benjamin M. Lawsky
Superintendent

APR - 8 2013

JUDGE SIDNEY H. STEIN
U.S.D.J.

April 8, 2013

Docket file

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/13

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Mondher Bejaoui, 10 Cr. 553 (SHS)</u>

Dear Judge Stein:

    I write on behalf of the New York State Department of Financial Services ("DFS") in connection with a subpoena served on the DFS Insurance Frauds Bureau ("Frauds Bureau") by counsel for the defendant, which, although denominated as a subpoena to testify at a deposition in a criminal case, seeks the Frauds Bureau's investigative files related to its investigation of several named limousine companies in 2005 and 2006 ("Subpoena").

    DFS supports the Government's motion to quash the subpoena, but if the Court denies the motion to quash, or would like DFS to appear in this matter relating to its compliance with the Subpoena, DFS respectfully requests a short adjournment in order to allow us to engage the New York Attorney General's Office in order to make a formal appearance.

    The Subpoena was served on the Frauds Bureau on Monday, April 1, 2013, and sought the production of the investigative files on April 8, 2013. Upon receipt of the subpoena, counsel in the Frauds Bureau attempted determine where the investigative files were located, and the following day he determined that the files were located in the Frauds Bureau's Oneonta office. A Frauds Bureau investigator traveled to the Oneonta office to pick the files, delivered them to Albany, and on Thursday, April 4, the files were sent via overnight mail to the Frauds Bureau's New York City Office.

    Upon receipt of the files on Friday, April 5, counsel in the Frauds Bureau contacted both the defense counsel and the Government (both of whom he had been conferring with since receiving the Subpoena) to advise them that the documents had arrived, that they were voluminous, and that he had not yet reviewed them fully. Both defense counsel and the Government were offered the opportunity to inspect the files at the Frauds Bureau's New York City office. Defense counsel advised that she would inspect the files on Monday, April 8; the Government came to inspect the files on Friday evening. After reviewing the files, the Government and the Frauds Bureau counsel agreed that the files should not be released.

The Honorable Sidney H. Stein
April 8, 2013
Page 2

Accordingly, DFS supports the Government's motion to quash, and respectfully requests an adjournment if the Court denies the motion or directs DFS to appear in this matter.

Respectfully submitted,

Daniel S. Alter
General Counsel

cc:   Rachel Kovner (via e-mail)
      Lindsay Lewis (via e-mail)