```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 10 Cr. 553 (SHS) |
| -against- | : | <u>ORDER</u> |
| MONDHER BEJAOUI, | : | |
| Defendant. | : | |

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

1. The sentencing is scheduled for July 11, 2013, at 3:30 p.m.;

2. The final presentence report is due by June 6, 2013

3. The defense submissions are due by June 20, 2013; and

4. The government submissions are due by June 27, 2013;

Dated: New York, New York
      April 11, 2013

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.