USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/13

LAW OFFICES OF
**DRATEL & MYSLIWIEC**
A PROFESSIONAL CORPORATION
2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@dratelmys.com

JOSHUA L. DRATEL
—
AARON MYSLIWIEC
ALICE L. FONTIER
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

April 15, 2013

FILED *EX PARTE* & UNDER SEAL

MEMO ENDORSED

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Mondher Bejaoui,*
10 Cr. 553 (SHS)

Dear Judge Stein:

This letter is in regard to the above-entitled case, in which I have been appointed to represent the defendant, Mondher Bejaoui. It is filed *ex parte* and under seal because it relates solely to representation issues. It is respectfully requested that I be authorized to submit a second interim voucher for work performed on this case since October 1, 2012, and which includes the recently completed trial and preparation therefor.

Respectfully submitted,

Joshua L. Dratel

JLD/

SO ORDERED 4/16/13

SIDNEY H. STEIN
U.S.D.J.