```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,          :      10 Cr. 553 (SHS)

    -against-                                      :      <u>ORDER</u>

MONDHER BEJAOUI,                              :

              Defendant.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of the defendant, with no objection by the government,

    IT IS HEREBY ORDERED that:

    1.     Defendant's sentencing is adjourned to September 18, 2013, at 2:30 p.m.;

    2.     The defense submissions are due by August 21, 2013; and

    3.     The government's sentencing submissions are due by August 28, 2013.

Dated: New York, New York
       June 21, 2013

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.