

RECEIVED
AUG 21 2013
JUDGE _____
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 21, 2013

LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*

August 21, 2013

**BY ELECTRONIC MAIL**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *United States v. Mondher Bejaoui,*
         10 Cr. 553 (SHS)

Dear Judge Stein:

  This letter is in regard to the deadline for the sentencing submissions in the above-entitled case, in which I represent defendant Mondher Bejaoui by Criminal Justice Act appointment. As per Court Order dated June 21, 2013, Mr. Bejaoui's sentencing submission is currently due today, August 21, 2013, and the government's response is due August 28, 2013. For the reasons set forth below, it is respectfully requested that Court grant a two-day extension of time, until August 23, 2013, for the filing of the sentencing submission on behalf of Mr. Bejaoui, and a corresponding two-day extension of time, until August 30, 2013, for the filing of the government's sentencing submission. The government consents to this request. It should also be noted that neither extension will impact the sentencing date, which is presently set for September 18, 2013, at 2:30 p.m.

  Although I concluded my trial before the Honorable Victor Marrero in *United States v. Lesniewski*, S14 11 Cr. 1091 (VM), August 6, 2013, and have since met with Mr. Bejaoui, last week, to discuss his Pre-Sentence Report and sentencing submission, the requested extension is necessary to permit time to incorporate Mr. Bejaoui's particular suggestions into our submission, in particular in light of the fact that I was required to travel yesterday to New Haven for a case, and must again travel tomorrow to Rhode Island, and then Boston, on another case.

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
August 21, 2013
Page 2 of 2

Accordingly, is respectfully requested that Court grant a two-day extension of time, until August 23, 2013, for the filing of Mr. Bejaoui's sentencing submission, and a corresponding two-day extension, until August 30, 2013, for the filing of the government's sentencing submission. As stated above, the government consents to this request. Also, as noted above, neither extension will impact the sentencing date, presently set for September 18, 2013, at 2:30 p.m.

August 21, 2013

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

Respectfully submitted,

Joshua L. Dratel

JLD/lal

cc: Assistant United States Attorneys Rachel Kovner and Kan Nawaday (by electronic mail)