FORM 1

PRO SE OFFICE

NOTICE OF APPEAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept. 30, 2013

\* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
Southern DISTRICT OF New York

United States of America
v.
Mondher Bejaoui

NOTICE OF APPEAL

10 cr 553 (SHS)
Docket No.

Notice is hereby given that __Mondher Bejaoui__
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it) of the hon. Sidney Stein of time served and one year supervise release.

entered in this action on the __18__ day of __September__, 20__13__.

_____M. Bejaoui_____
Signature

Mondher Bejaoui
Printed Name

2619 3rd street #2
Address

Astoria, NY 11102

(347) 945-8444
Telephone No. (with area code)

Date: 09/24/2013

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

United States of America
_____
Plaintiff/Petitioner
v.
Mondher Bejaoui
_____
Defendant/Respondent

~~Civil Action No.~~
Criminal Case No. 10 cr 553 (SHS)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 0 , and my take-home pay or wages are: $ 0 per
*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☑ No
(b) Rent payments, interest, or dividends ☐ Yes ☑ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☑ No
(d) Disability, or worker's compensation payments ☐ Yes ☑ No
(e) Gifts, or inheritances ☐ Yes ☑ No
(f) Any other sources ☐ Yes ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ __0__.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

None

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

None

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Armani Hamilton — step son
Jasmine Bejaoui — Daughter

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

40,000 to credit agencies

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 09/24/2013

M. Bejaoui
Applicant's signature

Mondher Bejaoui
Printed name

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

United states v.
Mondher Bejaoui

**CERTIFICATE OF SERVICE**
Docket Number: 10 cr 553 (SHS)

I, Mondher Bejaoui (name), hereby certify under penalty of perjury that on 09/24/2013 (date), I served a copy of My Notice of Appeal

(list all documents)

by (select all applicable)*

- [x] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [ ] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Mondher | | | | |
| Clerk of U.S District Court | 500 pearl street | New York | NY | 10007 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

09/24/2013
Today's Date

M. Bejaoui
Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form



Mondher Bejaoui
2619 3rd street
Apt 2
Astoria, NY 11102

Approved Clear
09/30/13

clerk of US District Court
Southern District of New York
500 Pearl street
New York, NY 10007