**MANDATE**

N.Y.S.D. Case #
10-cr-0553(SHS)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand fifteen.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 13, 2015

_____

United States of America,

    Appellee,

v.

Mondher Bejaoui,

    Defendant-Appellant.
_____

ORDER

Docket No. 13-3750

    By order dated February 26, 2015, the Court granted a motion filed by Mary Anne Wirth to be relieved as counsel for Appellant. The order stated that Appellant must file a brief by May 1, 2015 if he intends to proceed *pro se*. The order further stated that if Appellant succeeds in retaining new counsel or asks the Court to appoint one, a briefing schedule will be set after receipt of the scheduling letter from such counsel. A copy of the February 26, 2015 order was mailed to Appellant at his last known address and was not returned.

    Appellant having failed to file a brief or to respond to the Court's February 26, 2015 order, it is hereby ORDERED that the appeal is dismissed with prejudice.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/13/2015